# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

```
FILED: APRIL 16, 2008
08CV2191         AEE
JUDGE LINDBERG
MAGISTRATE JUDGE COLE
```

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff**(s): NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | **Defendant**(s): DFS SERVICES LLC (f/k/a Discover Financial Services LLC) |
| County of Residence: New York County, New York | County of Residence: Lake County, Illinois |
| Plaintiff's Atty: Richard H. Nicolaides, Jr. Bates & Carey LLC 191 North Wacker Drive - Suite 2400, Chicago, IL 312-762-3100 | Defendant's Atty: |

II. Basis of Jurisdiction:         **4. Diversity (complete item III)**

III. Citizenship of Principal Parties (**Diversity Cases Only**)

　　　　　　　　Plaintiff:- **2 Citizen of Another State**
　　　　　　　Defendant:- **1 Citizen of This State**

IV. Origin :         **1. Original Proceeding**

V. Nature of Suit:         **110 Insurance**

**VI. Cause of Action:** **Insurance coverage dispute brought pursuant to 28 U.S.C. Secs. 2201 and 2202 and seeking a declaration regarding Plaintiff•s rights/obligations under certain insurance policies as respects a patent infringement lawsuit filed in the USDC, E.D. TX (Civil Action No. 2:07-cv-00354-TJW). Jurisdiction is proper pursuant to 28 U.S.C. Sec. 1332(a)(1).**

VII. Requested in Complaint

   Class Action: **No**

   Dollar Demand:

   Jury Demand: **No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**   s/Richard H. Nicolaides, Jr.

**Date:**   April 16, 2008

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**   **Revised: 06/28/00**