IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>            Plaintiff,<br>v.<br><br>DFS SERVICES LLC (f/k/a DISCOVER FINANCIAL SERVICES LLC), a Delaware limited liability company,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **FILED: APRIL 16, 2008**<br>**08CV2191     AEE**<br>**JUDGE LINDBERG**<br>**MAGISTRATE JUDGE COLE**<br><br>Case No. _____ |

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's
LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

      Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") states that National Union is a direct, wholly-owned subsidiary of AIG Commercial Insurance Group, Inc., which is a wholly-owned subsidiary of AIG Property Casualty Group, Inc., which is a wholly-owned subsidiary of American International Group, Inc., a publicly-traded corporation.

DATED:  April 16, 2008
                                            NATIONAL UNION FIRE INSURANCE
                                            COMPANY OF PITTSBURGH, PA,


                              By:  _____s/Richard H. Nicolaides, Jr._____
                                                 One of its Attorneys

Richard H. Nicolaides, Jr.
Matthew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 North Wacker, Suite 2400
Chicago, IL 60606
Ph.  312.762.3100
Fax 312-762-3200

252479 / 7375