IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>           Plaintiff,<br>v.<br><br>DFS SERVICES LLC (f/k/a DISCOVER FINANCIAL SERVICES LLC), a Delaware limited liability company,<br><br>           Defendant. | Case No. _____<br><br>**FILED: APRIL 16, 2008**<br>**08CV2191     AEE**<br>**JUDGE LINDBERG**<br>**MAGISTRATE JUDGE COLE** |

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's
RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") states that National Union is a direct, wholly-owned subsidiary of AIG Commercial Insurance Group, Inc., which is a wholly-owned subsidiary of AIG Property Casualty Group, Inc., which is a wholly-owned subsidiary of American International Group, Inc., a publicly-traded corporation.

DATED: April 16, 2008

                                          NATIONAL UNION FIRE INSURANCE
                                          COMPANY OF PITTSBURGH, PA,

                          By:   _____Richard H. Nicolaides, Jr._____
                                        One of its Attorneys

Richard H. Nicolaides, Jr.
Matthew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 North Wacker, Suite 2400
Chicago, IL 60606
Ph.  312.762.3100
Fax  312-762-3200

252439 / 7375