**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-CV-2191 |

NATIONAL UNION FIRE INSURANCE,
COMPANY OF PITTSBURG, PA, Plaintiff,
v.
DFS SERVICES LLC, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant: DFS SERVICES LLC

| |
|---|
| NAME (Type or print) <br> Kimball R. Anderson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kimball R. Anderson |
| FIRM <br> Winston & Strawn LLP |
| STREET ADDRESS <br> 35 W. Wacker Drive |
| CITY/STATE/ZIP <br> Chicago / Illinois / 60601-9703 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00049980 | TELEPHONE NUMBER <br> 312-558-5600 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |