### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE, )<br>COMPANY OF PITTSBURG, PA, a )<br>Pennsylvania corporation, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>DFS SERVICES LLC, a Delaware corporation )<br>)<br>        Defendant. ) | Case No.: 08-CV-2191<br><br>Judge George W. Lindberg<br>Magistrate Judge Jeffrey Cole |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD**

Defendant DFS Services LLC ("DFS"), by and through its counsel, hereby respectfully requests by agreement of the parties that the Court approve the following:

1. Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") filed its Complaint on April 16, 2008.

2. DFS's answer or other responsive pleading is due on June 23, 2008.

3. National Union and DFS have agreed that DFS shall have an extension of time, up to and including June 30, 2008, to file its answer or otherwise respond to the Complaint.

DATED: June 23, 2008

                                                  DFS SERVICES LLC,

                                                  By: /s/  Kimball R. Anderson
                                                        One of Their Attorneys

Kimball R. Anderson
Samuel Mendenhall
Giel Stein
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (Telephone)
(312) 558-5700 (Facsimile)
kanderson@winston.com
smendenhall@winston.com
gstein@winston.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2008, I electronically filed DFS Services LLC's AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Richard H. Nicolaides, Jr.
Matthew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 N. Wacker, Suite 2400
Chicago, Illinois 60606
(312) 762-3100 (Telephone)
(312) 762-3200 (Facsimile)

                                    /s/ Samuel Mendenhall