## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE, )<br>COMPANY OF PITTSBURG, PA, a )<br>Pennsylvania corporation, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>DFS SERVICES LLC, a Delaware corporation )<br>)<br>       Defendant. ) | Case No.: 08-CV-2191<br><br>Judge George W. Lindberg<br>Magistrate Judge Jeffrey Cole |

### NOTICE OF MOTION

To: Richard H. Nicolaides, Jr.
     Mattew J. Fink
     Daniel I. Graham, Jr.
     BATES & CAREY LLP
     191 N. Wacker, Suite 2400
     Chicago, Illinois 60606
     (312) 762-3100 (Telephone)
     (312) 762-3200 (Facsimile)

     YOU ARE HEREBY NOTIFIED that on July 2, 2008, at 9:30 a.m. I will appear before the Honorable George W. Lindberg, in the courtroom (Room 1425) usually occupied by him, or any judge sitting in his stead at the Federal Courthouse Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present DFS Services LLC's AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.

Dated: June 23, 2008

                                                    DFS SERVICES LLC,

                                                    By:/s/ Samuel Mendenhall
                                                       One of Their Attorneys

Kimball R. Anderson
Samuel Mendenhall
Giel Stein
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (Telephone)
(312) 558-5700 (Facsimile)
kanderson@winston.com
smendenhall@winston.com
gstein@winston.com

CHI:1731254.1                                    2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 23, 2008, I electronically filed DFS Services LLC's NOTICE OF MOTION with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Richard H. Nicolaides, Jr.
Mattew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 N. Wacker, Suite 2400
Chicago, Illinois 60606
(312) 762-3100 (Telephone)
(312) 762-3200 (Facsimile)

    /s/  Samuel Mendenhall