**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** <span style="color:red">**CM/ECF LIVE, Ver 3.2.1**</span>
**Eastern Division**

National Union Fire Insurance Company of
Pittsburgh, PA

                                             Plaintiff,

v.                                                                     Case No.:
                                                                    1:08−cv−02191

                                                                    Honorable George
                                                                    W. Lindberg

DFS Services LLC

                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

    MINUTE entry before the Honorable George W. Lindberg: MOTION by Defendant DFS Services LLC for extension of time to file answer to the complaint is granted. Defendant's answer to be filed on or before 6/30/2008. The status hearing date of 6/25/2008 is stricken. Status hearing reset to 7/9/2008 at 9:15a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.