### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE, COMPANY OF PITTSBURG, PA, a Pennsylvania corporation, <br><br>　　　　Plaintiff-Counterdefendant,<br><br>　v.<br><br>DFS SERVICES LLC, a Delaware corporation<br><br>　　　　Defendant-Counterclaimant. | Case No.: 08-CV-2191<br><br>Judge George W. Lindberg<br>Magistrate Judge Jeffrey Cole |

### DFS SERVICES LLC'S LOCAL RULE 3.2 DISCLOSURE

Defendant-Counterclaimant DFS Services LLC ("DFS"), by and through its attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

1.　DFS Services LLC is a Delaware limited liability company with its principal place of business in Riverwoods, Illinois. It is a wholly-owned subsidiary of Discover Financial Services, the public parent company. Entities that own more than 5% of Discover Financial Services are:

　　(a)　FMR LLC is a Delaware limited liability company with its principal place of business in Boston, Massachusetts.

　　(b)　UBS Global Asset Management (Americas) Inc. is a Delaware corporation with its principal place of business in Chicago, Illinois.

　　(c)　Harris Associates L.P. is a Delaware limited partnership with its principal place of business in Chicago, Illinois. It is a wholly-owned subsidiary of Natixis Global Assets Management L.P.

DATED:     July 1, 2008

                                              Respectfully submitted,
                                              DFS SERVICES LLC

                                              By:  /s/ Kimball R. Anderson
                                                     One of Their Attorneys

Kimball R. Anderson
Samuel Mendenhall
Giel Stein
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (Telephone)
(312) 558-5700 (Facsimile)
kanderson@winston.com
smendenhall@winston.com
gstein@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed DFS SERVICES LLC'S LOCAL RULE 3.2 DISCLOSURE with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Richard H. Nicolaides, Jr.
Mattew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 N. Wacker, Suite 2400
Chicago, Illinois 60606
(312) 762-3100 (Telephone)
(312) 762-3200 (Facsimile)

/s/  Samuel Mendenhall

CHI:2113246.1