UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

National Union Fire Insurance Company of Pittsburgh, PA

                                      Plaintiff,

v.                                                                  Case No.: 1:08−cv−02191

                                                                              Honorable George W. Lindberg

DFS Services LLC

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Status hearing held and continued to 7/23/2008 at 9:30a.m. Discovery hearing set for 10/1/2008 at 9:30a.m. Discovery cutoff set for 11/5/2008. Motion for summary judgment due 11/19/2008. Response to the motion for summary judgment due 12/5/2008. Reply due 12/12/2008. Ruling set for 1/14/2009 at 9:30a.m. Proposed final pretrial order to be submitted to chambers at 10:00a.m. on 1/26/2009. Trial set for 2/2/2009 at 10:00a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.