# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, | ) ) ) ) | |
| Plaintiff-Counterdefendant, | ) ) | Case No.: 1:08-cv-02191 |
| v. | ) ) ) | Judge George W. Lindberg<br>Magistrate Judge Jeffrey Cole |
| DFS SERVICES LLC (f/k/a DISCOVER FINANCIAL SERVICES LLC), a Delaware limited liability company, | ) ) ) ) | |
| Defendant-Counterclaimant. | ) | |

## STIPULATION OF DISMISSAL

This case having been settled, it is hereby agreed and stipulated that the Complaint and Counterclaim filed in this action shall be hereby dismissed with prejudice.

This Stipulation of Dismissal is filed pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | DFS SERVICES LLC (f/k/a DISCOVER FINANCIAL SERVICES LLC). |
|---|---|
| By:   s/Daniel I. Graham, Jr.<br>     One of Its Attorneys | By:   s/Samuel Mendenhall<br>     One of Its Attorneys |
| Richard H. Nicolaides, Jr.<br>Matthew J. Fink<br>Daniel I. Graham, Jr.<br>BATES & CAREY LLP<br>191 North Wacker - Suite 2400<br>Chicago, Illinois 60606<br>(312) 762-3100 | Kimball R. Anderson<br>Samuel Mendenhall<br>Giel Stein<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive - Suite 4100<br>Chicago, Illinois  60601<br>(312) 558-5600 |

## **ATTESTATION**

I hereby attest that I have signed this Stipulation of Dismissal on behalf of Samuel Mendenhall, one of the attorneys for DFS Services LLC (f/k/a Discover Financial Services LLC), with his consent and that this attestation is executed this 9th day of September, at Chicago, Illinois.

> By:   s/Daniel I. Graham, Jr.
>        One of Its Attorneys
>
> One of the attorneys for
> NATIONAL UNION FIRE INSURANCE
> COMPANY OF PITTSBURGH, PA
>
> BATES & CAREY LLP
> 191 North Wacker - Suite 2400
> Chicago, Illinois 60606
> (312) 762-3100

266069 / 7375