**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

National Union Fire Insurance Company of Pittsburgh, PA

                         Plaintiff,

v.                                            Case No.: 1:08−cv−02191

                                                    Honorable George W. Lindberg

DFS Services LLC

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

      MINUTE entry before the Honorable George W. Lindberg: The status hearing scheduled for 9/10/2008 is stricken. This case having been settled, it is hereby agreed and stipulated that the Complaint and Counterclaim filed in this action is dismissed with prejudice. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.